UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

COURT FILE NO:  CV- 17-3966

| | | |
|---|---|---|
| KAILEY JENKINS | ) | |
| | ) | |
| v. | ) | COMPLAINT |
| | ) | |
| REGIONAL ADJUSTMENT BUREAU, INC. | ) | JURY TRIAL DEMANDED |
| | ) | |

## NOTICE OF DISMISSAL

TO THE CLERK OF COURT:

    Kindly dismiss the above matter pursuant to Local Rule 41.1(b).


Dated:  January 31, 2018          BY:    MPF8441/s/*Michael P. Forbes*

                                    Michael P. Forbes, Esquire

                                    Attorney for Plaintiff

                                    Law Office of Michael P. Forbes, PC

                                    Attorney I.D. #55757

                                    200 Eagle Road

                                    Suite 50

                                    Wayne, PA  19087

                                    (610)293-9399